IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR 07 145 S |
| v. | : | In violation of 18 U.S.C. § 1542 |
| | : | |
| RODOLFO ARIAS-SARMIENTO, | : | |
| a/k/a "Juan Carlos Arias-Sarmientos," | : | |
| a/k/a "Jose Ramos," | : | |
| a/k/a "Julian Castillo-Castro" | : | |

FILED
DEC 4 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

On or about May 3, 2005, in the District of Rhode Island, defendant RODOLFO ARIAS-SARMIENTO, a/k/a "Juan Carlos Arias-Sarmientos," a/k/a "Jose Ramos," a/k/a "Julian Castillo-Castro," did willfully and knowingly make false statements in an application for a United States passport, with the intent to secure for his own use the issuance of a United States passport, contrary to the laws regulating the issuance of passports.

In violation of 18 U.S.C. § 1542.

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
LEE H. VILKER
Assistant U.S. Attorney

[signature]
STEPHEN G. DAMBRUCH
Criminal Chief

Dated: December 4, 2007