CR 07 145 S

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT, RHODE ISLAND (PROVIDENCE)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LEE H. VILKER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEPARTMENT OF STATE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:05-M-110M

Place of offense: RHODE ISLAND

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT – U.S. vs.**

RODOLFO ARIAS-SARMIENTO

Address

Birth Date

☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 4/26/07

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

MAKING FALSE STATEMENTS IN AN APPLICATION FOR A UNITED STATES PASSPORT -- 18 U.S.C. SECTION 1542

MAX PENALTIES:
10 YRS IMPRISONMENT, $250,000 FINE OR TWICE THE PECUNIARY GAIN OR GROSS LOSS AS A RESULT OF THE OFFENSE, WHICHEVER IS GREATER, 3 YRS SUPERVISED RELEASE, $100 MANDATORY SPECIAL ASSESSMENT

Anticipated Trial Days: 2 days