O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
DEC 04 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RODOLFO ARIAS-SARMIENTO,
a/k/a Juan Carlos Arias-Sarmientos,
a/k/a Jose Ramos,
a/k/a Julian Castillo-Castro

WAIVER OF INDICTMENT

CR 07 145 S

CASE NUMBER:

I, Rodolfo Arias-Sarmiento, the above named defendant, who is accused of

making false statements in an application for a United States passport, in violation of 18 U.S.C. § 1542,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 6, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

Mary S. McElroy
Counsel for Defendant

Before David L. Martin
USMJ
Judicial Officer