**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-0145-01S** |
| | ) | |
| **RODOLFO ARIAS-SARMIENTO** | ) | |

---

## MOTION TO EXPEDITE SENTENCING

Now comes the defendant Rodolfo Arias-Sarmiento and moves this Honorable Court to advance the scheduled sentencing date in this matter, currently scheduled for March 7, 2008, to the earliest available date.

As grounds for his motion the defendant states that he has been in custody more than two months, since November 21, 2007. The pre sentence report calculates his guideline level as six (6) with a criminal history of two (2). This calculation results in a guideline range of one to seven months. As part of the plea agreement in this case the government has agreed to recommend the lowest point of the guideline range applicable to Mr. Arias-Sarmiento's case. The anticipated recommended sentence would be one month of incarceration. Mr. Arias-Sarmiento has already served more than that anticipated recommendation.

For these reasons Mr. Arias-Sarmiento seeks the earliest possible sentencing date.

AUSA Lee Vilker indicates that he has no objection to this Motion.

Respectfully submitted
Rodolfo Arias-Sarmiento
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA on the 8th Day of February, 2008.

/s/ Mary S. McElroy